UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80001-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

FRANZ ANTHONY DEMEZIER,
KINGSLEY STEVE BOTEX,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon Defendant Frantz Anthony Demezier's Motion to Suppress Evidence from Tracking Device **[DE 46]** and Defendant Kinsley Steve Botex's Motion to Suppress Evidence **[DE 48].** This matter was referred to Magistrate Judge Ryon M. McCabe and a Report and Recommendation **[DE 59]** was issued on May 31, 2024.

The court has considered the Report and Recommendation, conducted a *de novo* review of the record and otherwise being fully advised in the premises it is

**ORDERED and ADJUDGED as follows:**

Although the Magistrate Judge did not rule on the question of whether probable cause existed for the issuance of the tracker warrant in question, this Court finds that there was a substantial basis for the state court judge to conclude that probable cause existed for the issuance of the warrant. *See Illinois v. Gates,* 462 U.S. 213, 238-39 (1983).

The facts of the case do not suggest that the law enforcement officer who sought the warrant exhibited deliberate, reckless or grossly negligent disregard for the Fourth Amendment rights of any individuals who were in possession of or passengers in the vehicle that was the target of the warrant. *See Davis v. United States,* 564 U.S. 229, 237-38, 241 (2011).

Moreover, the law enforcement officers who executed the warrant were acting in objectively reasonable good faith reliance on the issuance of the warrant obtained from the state court judge. *See United States v. Leon,* 468 U.S. 897, 926 (1984).  As the Magistrate Judge concluded, none of the four grounds for rejecting application of the *Leon* good faith exception

was present here. *See United States v. Martin,* 297 F.3d 1308, 1313 (11th Cir. 2002).

In view of the foregoing, the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. Defendants' Motions to Suppress [DE's 46 and 48] are DENIED.

**DONE and ORDERED** in West Palm Beach, this 12th day of July, 2024.

_____
KENNETH A. MARRA
United States District Judge

cc:   All counsel